THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* ALFRED CHANEY *et al.,* Defendants-Appellants.

(No. 60245;

First District (5th Division)—January 24, 1975.

PER CURIAM.

James J. Doherty, Public Defender, of Chicago (Marc Fogelberg, Assistant Public Defender, of counsel), for appellants.

Bernard Carey, State's Attorney, of Chicago, for the People.